# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0515. DANIEL v. THE STATE.**

The appellant in this case was sent a notice stating that this case was docketed on October 21, 2022. As stated in the notice, the appellant's brief containing an enumeration of errors was due within 20 days of docketing, i.e. November 10, 2022. See Court of Appeals Rule 23 (a). The appellant has failed to comply with the notice of docketing by timely filing his brief. Accordingly, this appeal is deemed abandoned and is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/29/2022

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____ , Clerk.